■ In the Matter of JAMES ALEXANDER, Petitioner, v IRMA V. SANTAELLA, as Chairperson of the State Human Rights Appeal Board, et al., Respondents. — Proceeding pursuant to section 298 of the Executive Law to review an order of the respondent State Human Rights Appeal Board, dated April 23, 1980, which affirmed a determination of the respondent State Division of Human Rights dismissing the complaint of the petitioner upon a finding of no probable cause. Order confirmed and proceeding dismissed, without costs or disbursements. There is substantial evidence in the record as a whole to support the determination of the State Division of Human Rights, which, in addition, was neither arbitrary nor capricious. In the circumstances disclosed, the finding of no probable cause was properly made without the necessity of a face-to-face confrontation (see *Glen Cove Public Schools v New York State Human Rights Appeal Bd.*, 58 AD2d 591, 592). Damiani, J.P., Titone, Lazer ad Gibbons, JJ., concur.

■ In the Matter of NORMAN BRIDEAU, Petitioner, v FRANK J. CULROSS, as City Manager of the City of Rye, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondents City Manager of Rye and City of Rye, dated July 31, 1980, which found petitioner guilty of certain misconduct and suspended him without pay for a period of five days. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. Respondents' determination was based on substantial evidence and the penalty imposed was not so disproportionate to the offense, in the light of all the circumstances, as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). Lazer, J.P., Rabin, Gulotta and Cohalan, JJ., concur.